IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL CASE NO. 5:17-cv-00108-MR

| | |
|---|---|
| ARTHUR LEE GIVENS BEY, IV, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>FNU MURRAY, et al., )<br>)<br>Defendants. )<br>_____ ) | **ORDER** |

**THIS MATTER** is before the Court on the parties' responses to the Court's Order of June 9, 2020 [Docs. 48, 49].

On June 9, 2020, the Court entered an Order directing the parties to advise the Court whether they would agree to a bench trial in this matter. [Doc. 47].

The parties have now responded to the Court's Order. The Plaintiff indicates that he is amenable to waiving his right to a jury trial. [Doc. 48]. The remaining Defendant, Robert Hamilton, declines to waive his jury trial right. [Doc. 29]. Because there is not unanimous agreement among the parties, the case will proceed to a jury trial. The Court will set this matter for a trial by jury during the first mixed term on or after November 9, 2020 term.

**IT IS, THEREFORE, ORDERED** that this case is hereby set for a trial by jury during the first mixed term beginning on or after **November 9, 2020**.

**IT IS SO ORDERED.**

Signed: July 14, 2020

Martin Reidinger
Chief United States District Judge