# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# 5:17-cv-00108-MR

| | |
|---|---|
| ARTHUR LEE GIVENS BEY, IV, ) ) Plaintiff, ) ) vs. ) ) ROBERT HAMILTON, ) ) Defendant. ) _____ ) | **ORDER** |

**THIS MATTER** is before the Court *sua sponte* on the setting of this case for trial during the first mixed term beginning on or after November 9, 2020.

The parties are directed to notify the Court within ten (10) days of this Order whether they consent for this Court to hold a judicial settlement conference pursuant to Local Civil Rule 16.3(d) in an effort to settle this matter without a trial.

The parties are advised that, should a judicial settlement conference being undertaken in this matter to facilitate settlement, there is no requirement that the case settle through such a conference. Rather, if a judicial settlement conference were unsuccessful, the matter would proceed to trial as scheduled.

## **ORDER**

**IT IS THEREFORE ORDERED** that the parties shall notify the Court within ten (10) days of this Order whether they consent to a judicial settlement conference in this matter.

**IT IS SO ORDERED.**

Signed: September 19, 2020

Martin Reidinger
Chief United States District Judge

2

Case 5:17-cv-00108-MR   Document 53   Filed 09/21/20   Page 2 of 2