UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:17-cv-00108-MR

| | |
|---|---|
| ARTHUR LEE GIVENS BEY, IV, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| ROBERT HAMILTON, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER** is before the Court *sua sponte* on the Court's review of the docket in this matter.

On September 21, 2020, the parties were ordered to notify the Court within ten (10) days of that Order whether they consent for this Court to hold a judicial settlement conference pursuant to Local Civil Rule 16.3(d) in an effort to settle this matter without a trial. Defendant Hamilton timely responded that he is, in fact, willing to consent to such a conference. [Doc. 54]. Plaintiff, however, has failed to timely respond to the Court's Order indicating whether he so consents.

As such, the Court orders that this matter will proceed to trial as set during the first mixed term on or after November 9, 2020 in accordance with the previous Order of this Court. [See Doc. 50].

## **ORDER**

**IT IS THEREFORE ORDERED** that this matter will proceed to trial as set during the first mixed term on or after November 9, 2020 in accordance with the previous Order of this Court.

**IT IS SO ORDERED.**

Signed: October 7, 2020

Martin Reidinger
Chief United States District Judge