IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:17-CV-108-MR

| | |
|---|---|
| ARTHUR LEE GIVENS BEY, IV, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FNU MURRAY, ROBERT HAMILTON, )<br>JOHNNY NICHOLS, FNU HARRINGTON )<br>)<br>Defendants. )<br>_____ ) | ORDER |

This matter is before the undersigned following the Order of the District Court referring this case for a judicial settlement conference. Doc. 58.

A judicial settlement conference is set for **Wednesday, October 28, 2020** beginning at **2:00 p.m.**

The conference will be conducted by telephone. Call-in information will be provided to the parties by separate communication.

Plaintiff shall participate in the conference from Scotland Correctional Institution, Plaintiff's present place of incarceration. Scotland Correctional Institution shall ensure that the necessary accommodations are made to allow Plaintiff to participate in the settlement conference.

Defendant Hamilton and his counsel may participate in the conference from any location they deem appropriate, provided that Defendant and his

counsel participate using a single conference line. Further, in accordance with this district's Local Civil Rule 16.3(d)(2), a person with full authority (not including counsel of record) to settle all pending claims must also participate in the conference on behalf of Defendant, to the extent Defendant himself does not have such authority. Any such person shall also participate using the same conference line as Defendant and his counsel.

The Clerk is respectfully directed to transmit a copy of this Order to Pamela Locklear and Trina Williams at Scotland Correctional Institution.

It is so ordered.

Signed: October 22, 2020

W. Carleton Metcalf
United States Magistrate Judge