IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:17-CV-108-MR

| | |
|---|---|
| ARTHUR LEE GIVENS BEY, IV, | ) |
| | ) |
| Plaintiff, | ) |
| | ) REPORT |
| v. | ) OF JUDICIAL |
| | ) SETTLEMENT |
| FNU MURRAY, ROBERT HAMILTON, | ) CONFERENCE |
| JOHNNY NICHOLS, FNU HARRINGTON | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

Pursuant to the Order of the District Court referring this case for a judicial settlement conference, see Doc. 58, the undersigned conducted a telephonic judicial settlement conference on October 28, 2020.

The parties reached an impasse.

Signed: October 28, 2020

W. Carleton Metcalf
United States Magistrate Judge