IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL CASE NO. 5:17-cv-00108-MR

| | |
|---|---|
| ARTHUR LEE GIVENS BEY, IV, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>FNU MURRAY, et al., )<br>)<br>Defendants. )<br>_____ ) | **ORDER** |

**THIS MATTER** is before the Court *sua sponte*.

This matter is currently scheduled for a bench trial during the January 11, 2021 trial term. In light of the public health considerations caused by the coronavirus pandemic, as described in this Court's Standing Orders, Case No. 3:20-mc-00048-MR, and given the reduced availability of attorneys and Court staff to be present in courtrooms, the Court finds that this case should be continued.

**IT IS, THEREFORE, ORDERED** that this matter is hereby **CONTINUED** to the March 8, 2021 trial term.

In light of this Order, the Writ of Habeas Corpus ad Testificandum for the incarcerated Plaintiff's attendance at trial will be vacated and reissued for a trial at a later date.

**IT IS, THEREFORE, ORDERED** that this matter is hereby **CONTINUED** to the March 8, 2021 trial term.

**IT IS FURTHER ORDERED** that the Writ of Habeas Corpus ad Testificandum [Doc. 77] is **VACATED** and will be reissued at a later date.

**IT IS FURTHER ORDERED** that the Clerk's Office is respectfully directed to send a copy of this Order to all parties, the U.S. Marshal, and the Warden of the Scotland Correctional Institution, 22385 McGirt's Bridge Road, Laurinburg, NC 28353.

**IT IS SO ORDERED.**

Signed: December 22, 2020

Martin Reidinger
Chief United States District Judge