IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:17-CV-00108-GCM

| | |
|---|---|
| ARTHUR LEE GIVENS BEY IV, | |
| Plaintiff, | |
| v. | **ORDER** |
| ROBERT HAMILTON, | |
| Defendant. | |

**THIS MATTER** comes before the Court *sua sponte*. This case having been reassigned to Judge Graham C. Mullen, the trial currently set for March 8, 2021, in Asheville before Chief Judge Martin Reidinger is hereby continued. The Court intends to reset the trial to either the week of March 15 or March 22, 2021, with the exact date to be determined as soon as the Court can ascertain courtroom availability, and the bench trial will occur at the Charles R. Jonas Federal Building at 401 W. Trade St. Charlotte, N.C. 28202, before Judge Graham C. Mullen.

**SO ORDERED**.

Signed: February 9, 2021

Graham C. Mullen
United States District Judge