# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 5:17-CV-00108-GCM

| | |
|---|---|
| **ARTHUR LEE GIVENS BEY IV,**<br><br>Plaintiff,<br><br>v.<br><br>**ROBERT HAMILTON,**<br><br>Defendant. | **ORDER** |

**TO: U.S. Marshal, Western District of North Carolina, Charlotte, North Carolina.**

**TO: Warden, Scotland Correctional Institution, Laurinburg, North Carolina.**

**IT IS ORDERED** that the Warden of the Scotland Correctional Institution, have the body of **Arthur Lee Givens Bey, IV**, offender number **0146841**, now incarcerated at the Scotland Correctional Institution, under safe and secure conduct before the undersigned United States Senior District Judge Graham C. Mullen, in and for the United States District Court for the Western District of North Carolina, at the courtroom in the city of Charlotte, North Carolina, on or before **March 15, 2021, at 9:30 a.m.**, to be present for the trial in this matter. Mr. Givens Bey's trial is scheduled to begin at **9:30 a.m. on Monday, March 15, 2021**, in Courtroom 1-4 of the Charles R. Jonas Federal Building, 401 West Trade Street, Charlotte, North Carolina 28202.

Because Mr. Givens Bey is not in federal custody for these proceedings, the United States Marshals Service shall not be responsible for accompanying Mr. Givens Bey while he is in the courthouse. The Warden of Scotland Correctional Institution shall be responsible for having sufficient state law enforcement officers to be present at all times and responsible for maintaining custody of, and ensure safe and secure conduct by Mr. Givens Bey for the duration

of the trial in this matter.  **The Warden of Scotland Correctional Institution shall ensure that Mr. Givens Bey is present for each and every day of trial until the trial is completed**.

**IT IS, THEREFORE, ORDERED** that the Warden at the Scotland Correctional Institution must transport Plaintiff Arthur Lee Givens Bey, IV, so that he is present for trial to begin on **Monday, March 15, 2021 at 9:30 a.m.,** and then return him to the Scotland Correctional Institution at the conclusion of trial.

**IT IS FURTHER ORDERED** that the Clerk's Office is respectfully directed to send a copy of this Order to all parties, the U.S. Marshal, and the Warden of the Scotland Correctional Institution, 22385 McGirt's Bridge Road, Laurinburg, NC 28353.

**SO ORDERED.**

Signed: February 18, 2021

Graham C. Mullen
United States District Judge